IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADAM MARTIN, individually and on behalf of the
Wrongful Death Beneficiaries of JOE A. MARTIN, SR.,
Deceased; and ADAM MARTIN, as Executor of the
Estate of Joe A. Martin, SR., Deceased,

    Plaintiff,

vs.                                                                                                   No. 3:18CV253-NBB-JMV
                                                                                                        Jury Demand

ELANA THOMAS and
DOLLAR GENERAL CORPORATION,

    Defendants.

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand... will stay the attorney conference and disclosure requirements and all discovery **not relevant to the remand**… and will stay the parties' obligation to make disclosures pending the court's ruling on the motion..." L.U. CIV. R. 16(b)(1)(B) (emphasis added). A joint motion to remand [12] has been filed. Therefore, staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** and the [8] case management conferenced will be cancelled, pending a ruling on the motion to remand.

Should the parties desire to undertake remand related discovery they should first contact the court for scheduling of same so within seven (7) days hereof, setting forth the type and scope of such discovery and an estimated time frame for constructing it. If any party objects to the motion for discovery, it shall file its objection within four (4) days following service of the motion for immunity-related discovery. Defendants shall notify the undersigned magistrate judge within

seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

      **SO ORDERED** this, Thursday, December 13, 2018.

                                    /s/ Jane M. Virden
                                    **UNITED STATES MAGISTRATE JUDGE**