IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADAM MARTIN, individually and on behalf of the     PLAINTIFFS
Wrongful Death Beneficiaries of
JOE A. MARTIN, SR., Deceased; and
ADAM MARTIN, as Executor
of the Estate of JOE A. MARTIN, SR., Deceased

V.     CIVIL ACTION NO. 3:18CV253-NBB-JMV

ELANA THOMAS and     DEFENDANTS
DOLLAR GENERAL CORPORATION

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that Plaintiff's motion to remand is **DENIED**. Defendant Elana Thomas is hereby dismissed from this action.

This, the 27th day of August, 2019.

    /s/ Neal Biggers
    NEAL B. BIGGERS, JR.
    UNITED STATES DISTRICT JUDGE