IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADAM MARTIN, individually and on behalf of the　　　　　　　　　　　PLAINTIFFS
Wrongful Death Beneficiaries of
JOE A. MARTIN, SR., Deceased; and
ADAM MARTIN, as Executor
of the Estate of JOE A. MARTIN, SR., Deceased

V.　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:18CV253-NBB-JMV

ELANA THOMAS and　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS
DOLLAR GENERAL CORPORATION

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [15], staying this case pending a ruling on the [12] joint motion to remand. The District Judge has now ruled on the motion. Doc. #18. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this August 29, 2019.

　　　　　　　　　　　　　　　　　　　/s/ Jane M. Virden
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**